UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 15 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA )<br>)<br>**Plaintiff** )<br>)<br>v )<br>)<br>JUAN GERARDO TREVINO-CHAVEZ ) | Case No. SA:19-CR-00787-JKP (1) |

**Defendant**

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the Western District of Texas, and files its Motion to Unseal Indictment on the above referenced Defendants, Case Number 5:19-CR-00787-JKP. Defendant is currently in custody in San Diego, California.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the Court order the Indictment to be unsealed.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By: _____/s/_____
RUSSELL LEACHMAN
Assistant United States Attorney
Texas Bar No. 12069710
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216