UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 15 2022
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| v. ) | Case No. SA:19-CR-00787-JKP (1) |
| JUAN GERARDO TREVINO-CHAVEZ ) | |
| Defendant. | |

## ORDER

On this date came to be heard Government's Motion to Unseal Indictment on the above referenced Defendants, Case Number 5:19-CR-00787-JKP, and the Court having considered same, it is of the opinion that said motion should be hereby GRANTED.

It is therefore ORDERED that the Indictment shall be unsealed until further Order of the Court.

SIGNED and ENTERED on this the 15th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE