**FILED**
August 22, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Jaemie Herndon___
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00787(1)-FB |
| | § | |
| (1) Juan Gerardo Trevino-Chavez | § | |

## ORDER RESETTING STATUS CONFERENCE

     IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **STATUS CONFERENCE** in Courtroom G, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Tuesday, October 04, 2022 at 10:00 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 22nd day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE