FILED
February 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: JH
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:19-CR-00787(1)-FB |
| | § | |
| (1) Juan Gerardo Trevino-Chavez | § | |

# ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING** in Courtroom G, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Tuesday, October 20, 2026 at 09:00 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 27th day of February, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE